FILE COPY



# Fourth Court of Appeals
## San Antonio, Texas

November 10, 2021

No. 04-20-00356-CR

John Stewart **MUELLER**,
Appellant

v.

The **STATE** of Texas,
Appellee

From the 198th Judicial District Court, Bandera County, Texas
Trial Court No. CR-19-0000009
Honorable M. Rex Emerson, Judge Presiding

# O R D E R

Sitting:     Rebeca C. Martinez, Chief Justice
Patricia O. Alvarez, Justice
Beth Watkins, Justice

Appellant's brief was originally due November 5, 2021. On November 5, 2021, appellant filed a motion requesting an extension of time to file the brief until December 5, 2021. After consideration, we **GRANT** the motion and **ORDER** appellant to file the brief by **December 6, 2021.**

It is so **ORDERED** November 10, 2021.

**PER CURIAM**

ATTESTED TO: _____
MICHAEL A. CRUZ,
CLERK OF COURT